IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYREE DUMAS,<br>　　　　　Petitioner,<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br>　　　　　Respondents. | CIVIL ACTION<br><br><br><br>NO. 24-5138 |

# O R D E R

**AND NOW**, this 29th day of June, 2025, upon consideration of Tyree Dumas' petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (ECF 21), and Petitioner's Objections thereto (ECF 22) **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ of habeas corpus is **DENIED AS MOOT**.

4. There is no basis for the issuance of a certificate of appealability.

　　　　　　　　　　　　　　　　　　　　　**BY THE COURT**:

　　　　　　　　　　　　　　　　　　　　　S/ **WENDY BEETLESTONE**
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**